IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HORACE WILLIAMS, #107966,
    Plaintiff,

vs.                                              Case No.: 3:10cv509/LAC/EMT

OKALOOSA C.I., et al.,
    Defendants.
_____/

## **ORDER**

    Plaintiff initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 and a motion for leave to proceed in forma pauperis (Docs. 1, 2).

    Upon review of the motion to proceed in forma pauperis, the court concludes that Plaintiff failed to provide the requisite supporting documentation for the motion, specifically, <u>a financial certificate signed by a prison official</u> with an attached copy of his trust fund account statement covering the six-month period preceding the filing of the complaint.[1] *See* 28 U.S.C. § 1915(a)(2). Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion with the required supporting documentation.

    Accordingly, it is **ORDERED**:

    1.     Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

    2.     The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District. This case number should be written on the forms.

---

[1] Plaintiff is advised that if he has not been incarcerated at his current institution for six months, he must obtain an account statement from each facility at which he has been confined during the relevant six-month period (in this case, the relevant period is June 3, 2010 to December 3, 2010).

3.	Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form, <u>a financial certificate signed by a prison official</u>, and an attached computer printout of the transactions in his prison account during the preceding six-month period.

4.	Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 13th day of December 2010.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**