IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HORACE WILLIAMS, #107966,
    Plaintiff,

vs.                                Case No. 3:10cv509/LAC/EMT

OKALOOSA C.I., et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 14, 2011 (Doc. 28). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's notice of voluntary dismissal (Doc. 27) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 12th day of August, 2011.

                                                        s/*L.A. Collier*
                                                        **LACEY A. COLLIER**
                                                        **SENIOR UNITED STATES DISTRICT JUDGE**